SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATHERINE E. UNDERWOOD, Senior Deputy City Attorney (SBN 249308)**
KUnderwood2@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

DAVID M. DANIELS, (SBN 170315)
DDaniels@fmglaw.com
Freeman Mathis & Gary, LLP
1013 Galleria Blvd Ste 250,
Roseville, CA 95678-1365

Attorneys for BETTY WILLIAMS and
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA PINA and STEPHEN PINA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; RICK WARREN, an individual; COMMUNITY RESOURCE GROUP, a business entity form unknown, collectively dba Sacramento RiverFest Seafood and Barbeque Festival; BETTY WILLIAMS, an individual; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, California State Conference of Branches, collectively dba Sacramento NAACP Rhythm & Blues Festival; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00106-KJM-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE CITY OF SACRAMENTO'S TIME TO FILE A RESPONSIVE PLEADING TO BETTY WILLIAMS' AND THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE'S CROSSCLAIM** |

1

CITY OF SACRAMENTO, a municipal corporation,

        Crossclaimant,

vs.

RICK WARREN, an individual; COMMUNITY RESOURCE GROUP, a business entity form unknown, collectively dba Sacramento RiverFest Seafood and Barbeque Festival; BETTY WILLIAMS, an individual; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, California State Conference of Branches, collectively dba Sacramento NAACP Rhythm & Blues Festival; and ROES 11-20, inclusive,

        Crossdefendants,

AND RELATED CROSS-ACTION.

    Crossclaimants Betty Williams and National Association For The Advancement of Colored People and Crossdefendant City of Sacramento, by and through their respective attorneys, David M. Daniels and Katherine E. Underwood, hereby jointly stipulate and respectfully request a 45-day extension of time for the City to file a responsive pleading to the Crossclaim.

    1.    On April 7, 2020, Crossclaimants, by and through counsel, filed their Crossclaim for indemnity, arising out of an incident that occurred on or about August 31, 2019, which involved the alleged deprivation of Plaintiffs' civil rights.

    2.    The City of Sacramento's response to the Crossclaim is currently due April 28, 2020.

2

**STIPULATION AND ORDER EXTENDING THE CITY OF SACRAMENTO'S TIME TO FILE A RESPONSIVE PLEADING TO BETTY WILLIAMS' AND THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE'S CROSSCLAIM**

909263)}»

3.  The parties request a 45-day extension for the City of Sacramento to respond to the Crossclaim. With the extension, the City of Sacramento's response will be due on or before June 12, 2020.

4.  The parties are not requesting any other dates be modified at this time.

DATED:  April 8, 2020

          SUSANA ALCALA WOOD,
          City Attorney

By: /s/ Katherine E. Underwood
    **KATHERINE E. UNDERWOOD**
    Senior Deputy City Attorney

    Attorneys for the
    CITY OF SACRAMENTO

DATED:  April 8, 2020

By: /s/ David M. Daniels
    **DAVID M. DANIELS**

    Attorneys for BETTY WILLIAMS and NATIONA ASSOCIATION OF ADVANCEMENT OF COLORED PEOPLE

## ORDER

The forgoing stipulation of the parties is approved, and **IT IS SO ORDERED.**

DATED:  April 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER EXTENDING THE CITY OF SACRAMENTO'S TIME TO FILE A RESPONSIVE PLEADING TO BETTY WILLIAMS' AND THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE'S CROSSCLAIM**

909263}»