1  ALLACCESS LAW GROUP
   Irene Karbelashvili, SBN 232223
2  Irakli Karbelashvili, SBN 302971
   1400 Coleman Ave Ste F28
3  Santa Clara, CA 95050
   Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Attorneys for Plaintiffs STEPHEN PINA
   And BERTHA PINA

6

7                  **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF CALIFORNIA**

9  BERTHA PINA and STEPHEN PINA,            ) Case No. 2:20-CV-00106-KJM-EFB
                                            )
10                   Plaintiffs,            ) **STATUS REPORT RE DISMISSAL**
             v.                             ) **AND ORDER**
11                                          )
   CITY OF SACRAMENTO, a municipal          )
12 corporation; RICK WARREN, an individual and )
   COMMUNITY RESOURCE GROUP, a business    )
13 entity form unknown, collectively dba Sacramento )
   RiverFest Seafood and Barbeque Festival; BETTY )
14 WILLIAMS, an individual and NATIONAL     )
   ASSOCIATION FOR THE ADVANCEMENT OF      )
15 COLORED PEOPLE, a California State Conference )
   of Branches, collectively dba Sacramento NAACP )
16 Rhythm & Blues Festival; and DOES 1-10,   )
   inclusive,                               )
17                                          )
                  Defendants.               )
18 ─────────────────────────────────────────)
                                            )
19 CITY OF SACRAMENTO, a municipal          )
   corporation,                             )
20                                          )
                  Cross-claimant,           )
21          v.                              )
                                            )
22 RICK WARREN, an individual and COMMUNITY )
   RESOURCE GROUP, a business entity form   )
23 unknown, collectively dba Sacramento RiverFest )
   Seafood and Barbeque Festival; BETTY     )
24 WILLIAMS, an individual and NATIONAL     )
   ASSOCIATION FOR THE ADVANCEMENT OF      )
25 COLORED PEOPLE, a California State Conference )
   of Branches, collectively dba Sacramento NAACP )
26 Rhythm & Blues Festival; and ROES 11-20,  )
   inclusive,                               )
27                                          )
                  Cross-defendants          )
28 ─────────────────────────────────────────)

Freeman Mathis
& Gary, LLP
Attorneys at Law

1   Plaintiffs BERTHA PINA and STEPHEN PINA (collectively, "Plaintiffs"), Defendants

2   BETTY WILLIAMS and NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF

3   COLORED PEOPLE (collectively, "NAACP"),and Defendant CITY OF SACRAMENTO, submit

4   the following status report and proposed order in response to the Court's Order requiring dismissal

5   documents to be filed no later than November 20, 2020. Dkt. 31:

6   Medication was completed on October 8, 2020 and a global settlement was reached. A draft

7   settlement agreement has been circulated and executed by Plaintiffs, NAACP, Betty Willimas, and

8   the City of Sacramento. Defendants RICK WARREN and COMMUNITY RESOURCES GROUP t

9   have yet to execute the settlement agreement. Plaintiffs, the NAACP, and the City anticipate the

10  settlement agreement will be fully executed shortly. Accordingly, they request that the dismissal

11  deadline be continued to December 31, 2020.

12

13

14  Dated: November 20, 2020          By:   */s/ David M. Daniels*
                                            DAVID M. DANIELS
15                                          GREGORY L. BLUEFORD
                                            Attorneys for Defendants/Cross-Defendants
16                                          BETTY WILLIAMS, NATIONAL
                                            ASSOCIATION FOR THE
17                                          ADVANCEMENT OF COLORED PEOPLE

18

19
    Dated: November 20, 2020          By:   */s/ Katherine Underwood*
20                                          KATHERINE E. UNDERWOOD
                                            Attorneys for Defendant/Cross-Defendant
21                                          CITY OF SACRAMENTO

22

23  Dated: November 20, 2020          By:   */s/Irakli Karbelashvili*
                                            IRAKLI KARBELASHVILI Attorneys for
24                                          Plaintiffs STEPHEN PINA AND BERTHA
                                            PINA
25

26

27

28

**Freeman Mathis
& Gary, LLP**
Attorneys at Law

**ORDER**

Having reviewed the status report, and good cause appearing, the deadline to file dismissal documents is continued to December 31, 2020.

**IT IS SO ORDERED.**

DATED:  November 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**Freeman Mathis & Gary, LLP**
Attorneys at Law